# Anthony J. DeGirolamo
Attorney at Law

Courtyard Centre, Suite 307
116 Cleveland Ave., N.W.
Canton, Ohio 44702
Telephone: 330-588-9700
Facsimile: 330-588-9713
Email: ajdlaw@sbcglobal.net


FILED
2010 SEP -1 AM 11:51

August 31, 2010

United States Bankruptcy Court
Attn: Clerk's Office
401 McKinley Avenue SW
Canton, Ohio 44702

    Re:   In re Robertson; Case No. 07-63122

Dear Clerk:

    Enclosed please find check no. 107 for unclaimed funds in the above mentioned case.

| Amount | Creditor Name | Creditor Address |
|---|---|---|
| $19.90 | Alltel Communications | 1 Allied Drive B5F03<br>Little Rock, Arkansas 72202 |

Very truly yours,

Anthony J. DeGirolamo /aw

ENC

amw

UNITED STATES BANKRUPTCY COURT
Northern District of Ohio
Canton Division

121 - 0306607&#64; - SESHE
September 01, 2010 14:25:27
Code   Case #   Qty   Amount
UF - UNCLAIMED FUNDS
  07-63122   1@   $19.90CR
  Debtor - ROBERTSON
UF - UNCLAIMED FUNDS
  09-61782   1@   $.29CR
  Debtor - WIDDER

TOTAL --   $20.19
TEND --    20.19
CHANGE--    0.00

FROM: ANTHONY J DEGIROLAMO
COURTYARD CENTRE STE 307
116 CLEVE AVE NW  330-588-9700
CANTON OH  44702